# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAWRENCE CHILDRESS,<br><br>Defendant. | Case No. 22CR1403-BAS<br><br>ORDER ON JOINT MOTION TO RESOLVE THIRD PARTY PETITION OF JENNIFER GRIZZELL WITH RESPECT TO ONE 2016 ACURA ILX VIN:19UDE2F82GA017609 & $7,876.00 U.S. CURRENCY |
| JENNIFER GRIZZELL,<br><br>Petitioner. | |

Having reviewed the foregoing Joint Motion and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved. The United States shall submit an amended order of forfeiture to this Court at the end of the noticing period and time to file a petition, and no later than January 25, 2023. The amended order shall set forth the terms upon which the parties have agreed as an acceptable resolution to the third party petition filed by Petitioner, Jennifer Grizzell, as stated in the Joint Motion.

//
//
//

1 | At the request of the parties, and because the parties appear to have reached a resolution, this Court orders the hearing on the petition, which is currently set for January 5, 2023 at 10:00 a.m. to be vacated.

DATED: 1-3-23

Hon. Cynthia Bashant
United States District Court Judge